# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRINA GALLARDO, ) | Case No.: 1:12-cv-01406-SKO |
| ) | |
| Plaintiff, ) | **ORDER GRANTING APPLICATION TO** |
| ) | **PROCEED IN FORMA PAUPERIS** |
| v. ) | |
| ) | (Doc. 3) |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

Plaintiff Sabrina Gallardo filed a complaint on August 27, 2012, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's application to proceed *in forma pauperis* is GRANTED;

2. The Clerk of Court is DIRECTED to issue a summons; and

3. The United States marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

**Dated:   August 28, 2012** 　　　　　　　　　 _____/s/ **Sheila K. Oberto**_____
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE