UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| SABRINA GALLARDO,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN[1],<br>Acting Commissioner of<br>Social Security,<br><br>Defendant. | Case No. 1:12-cv-01406-SKO<br><br>**STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPENING BRIEF** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's opening brief.  Assistant Regional Counsel Henry L. Chi was assigned this case.

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to Rule 43(c)(2) of the Federal Rules of Appellate Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1- Stip. and Order for a First Ext. of Time for Def.'s Resp.; 1:12-cv-01406-SKO

Because he recently joined the agency, the agency requires rigorous review.  Additionally, Defendant's Counsel requests this extension in light of his other District Court litigation, other substantive matters, and holiday vacation plans.

The current due date is July 3, 2013.  The new due date will be August 2, 2013.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: June 24, 2013    /s/ *Roger D. Drake*
(By email authorization on June 24, 2013)
ROGER D. DRAKE
Attorney for Plaintiff

Dated: June 27, 2013    BENJAMIN B. WAGNER
United States Attorney
By:   /s/ *Susan L. Smith*
SUSAN L. SMITH
Special Assistant United States Attorney
Attorneys for Defendant

### ORDER

Pursuant to the parties' stipulation, it is HEREBY ORDERED that:

1. The parties' stipulated request for an extension of time for Defendant to file a responsive brief is GRANTED;

2. Defendant shall file a responsive **brief on or before August 2, 2013**; and

3. Plaintiff may file an optional reply brief **on or before August 19, 2013.**

IT IS SO ORDERED.

Dated:   **June 28, 2013**              /s/ **Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE