BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
SUSAN L. SMITH, CSBN 253808
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone:  415-977-8973
    Facsimile:  415-744-0134
    E-Mail:  susan.l.smith@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| SABRINA GALLARDO,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN[1],<br>Acting Commissioner of<br>Social Security,<br><br>Defendant. | Case No. 1:12-cv-01406-SKO<br><br>**JOINT MOTION AND ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPENING BRIEF** |

The parties hereby move through their respective counsel of record that Defendant shall have an extension of time of 30 days to respond to Plaintiff's opening brief.  Assistant Regional

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to Rule 43(c)(2) of the Federal Rules of Appellate Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1- Joint Motion and Order for an Ext. of Time for Def.'s Resp.; 1:12-cv-01406-SKO

Counsel Henry L. Chi was assigned this case and has diligently attempted to complete Defendant's responsive brief in a timely matter.  However, an attorney recently departed from the office and transferred a number of his cases to Henry, requiring his immediate attention.  Also, Henry has filed two briefs this week and has a number of other pressing matters to address, including a national class action and representative sanctions.  Moreover, because he recently joined the agency, the agency requires rigorous review that takes approximately one week.  Henry has reviewed his schedule and believes he can prepare Defendant's responsive brief with an additional 30 day extension.

The current due date is August 2, 2013.  The new due date will be September 3, 2013. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: July 28, 2013          /s/ *Roger D. Drake*
                              (By email authorization on July 28, 2013)
                              ROGER D. DRAKE
                              Attorney for Plaintiff

Dated: July 25, 2013          BENJAMIN B. WAGNER
                              United States Attorney

                      By:     /s/ *Susan L. Smith*
                              SUSAN L. SMITH
                              Special Assistant United States Attorney
                              Attorneys for Defendant

**ORDER**

On July 30, 2013, the parties filed the above stipulated request that the Commissioner be granted an extension of time until September 3, 2013, to file an opposition brief due to the Commissioner's counsel's workload.  (Doc. 21.)  The Court GRANTS the parties' request.

The Court notes that this is the second request for an extension in this case.  (*See* Docs. 19, 21.)  As such, absent a showing of truly good cause, the parties will **not** be granted any additional extensions in this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's responsive brief shall be filed on or before September 3, 2013; and
2. Plaintiff may file an optional reply brief on or before September 18, 2013.

IT IS SO ORDERED.

Dated:   **July 31, 2013**          **/s/ Sheila K. Oberto**
                                    UNITED STATES MAGISTRATE JUDGE

3- Joint Motion and Order for an Ext. of Time for Def.'s Resp.; 1:12-cv-01406-SKO