# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRINA GALLARDO,<br><br>  Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting, Commissioner of Social Security,<br><br>  Defendant. | CASE NO.: 1:12-cv-01406-SKO<br><br>ORDER AWARDING FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the parties' stipulation for an award of fees pursuant to the Equal Access to Justice Act ("EAJA") ("Stipulation"),

IT IS HEREBY ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND TWO HUNDRED DOLLARS AND 00/100 ($3,200.00) subject to the terms of the parties' Stipulation.

IT IS SO ORDERED.

Dated:  **April 22, 2014**                         **/s/ Sheila K. Oberto**
                                                                UNITED STATES MAGISTRATE JUDGE